1  Brian W. Skalsky (SBN 277883)
   bskalsky@goldbergsegalla.com
2  GOLDBERG SEGALLA LLP
   777 S. Figueroa Street, Suite 2000
3  Los Angeles, CA 90017
   **Mailing address:**
4  PO Box 17220
   Los Angeles, CA 90017
5  Telephone:  213.415.7200
   Facsimile:   213.415.7299
6
7  Attorneys for Defendants STEVEN HERD; and
   GRAYBAR ELECTRIC COMPANY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT –SOUTHERN DIVISION

| | |
|---|---|
| LAUREN WOLF, an Individual, | Case No. |
| Plaintiff, | District Judge: |
| v. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** |
| STEVEN HERD, an Individual; GRAYBAR ELECTRIC COMPANY, INC., a Corporation; and DOES 1 to 50, Inclusive, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendants Steven Herd and Graybar Electric Company, Inc., (hereinafter collectively referred to as "Defendants") hereby remove the above captioned action from the Superior Court of the State of California, for the County of Orange, where it is currently pending as Case No. 30-2020-01166444-CU-PA-CJC, to the United States District Court for the Central District of California-Southern Division.

## GROUNDS FOR REMOVAL

This is a civil action over which this Court has subject matter jurisdiction under 28 U.S.C. §1332, which confers original jurisdiction of "all civil actions where the

matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States and in which citizens or subjects of a foreign state are additional parties[.]" Here, Plaintiff is not a citizen of the same state of Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

Removal is warranted under 28 U.S.C. §1441(b) because this is a civil action over which this Court has subject matter jurisdiction under 28 U.S.C. §1332, on the grounds that complete diversity exists between the parties and the amount in controversy exceeds the sum of $75,000.

## BACKGROUND

On or About October 19, 2020, Plaintiff Lauren Wolf, commenced an action in the Superior Court of the State of California entitled *Lauren Wolf v. Steven Herd, Graybar Electric Company, Inc. and DOES 1 to 50* (Case number 30-2020-01166444-CU-PA-CJC). Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendants are attached hereto as **Exhibit A**. Plaintiff's Complaint asserts causes of action for Motor Vehicle Negligence and Negligence against Defendants.

Defendant Graybar Electric Company, Inc. was personally served with the Complaint on October 23, 2020. Defendant Steven Herd was personally served with the Complaint on October 24, 2020, at his address in Iowa.

## DIVERSITY OF CITIZENSHIP

Plaintiff is a resident of San Bernardino County, in the State of California. Defendant Graybar Electric Company, Inc. a corporate entity, is a New York Corporation with its principal place of business at 34 N. Meramec Ave., Clayton, MO 63105, and is therefore a citizen of the States of New York and Missouri for purposes of determining diversity. Defendant Steven Herd is a resident of Ida County, in Ida Grove, Iowa. Pursuant to 28 U.S.C. § 1332(c)(l) full diversity exists among the parties in this action because Plaintiff is a Citizen of California, Defendant

Graybar Electric Company, Inc. is a Citizen of New York and Missouri and Defendant Steven Herd is a citizen of Iowa.

The defendants identified as Does 1 through 50 in the Complaint are fictitious parties against whom no cause of action can be validly alleged. To the best of Defendants' knowledge, no fictitiously designated defendant has been served with process, and these fictitious parties may be ignored for purposes of determining removal. Pursuant to 28 U.S.C. § 1332(c)(l) full diversity exists among the parties in this action

## AMOUNT IN CONTROVERSY

The amount in controversy exceeds $75,000.00, as evidenced by Plaintiff's Complaint, which alleges Plaintiff suffered severe injuries and emotional injuries. Plaintiff's statement of damages attached to the Complaint alleges $1,000,000.00 in pain, suffering, and inconvenience and $1,000,000.00 in emotional distress, with an additional $91,000.00 in medical expenses.

## REMOVAL FILED TIMELY

This Notice of Removal was filed within thirty days of service of the Complaint, which was completed on October 23, 2020 as to Defendant Graybar Electric Company, Inc. and October 24, 2020 as to Defendant Steven Herd. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendants are attached hereto as **Exhibit A**. Defendants filed an Answer in State Court on November 19, 2020 a copy of which is attached hereto as **Exhibit B**. Pursuant to 28 U.S.C. § 1446(d), a Notice to Adverse Party of Removal to Federal Court, attached hereto as **Exhibit C**, together with this Notice of Removal, is being served upon counsel for Plaintiff and will be filed with the Clerk of the Superior Court of the State of California, County of Orange.

The Central District of California is the United States District Court for the district and division embracing the state court where this action was filed and is pending. Venue is proper in this Court under 28 U.S.C. § 1441(a).

Based on the foregoing, this Court has jurisdiction over this action. No previous application has been made for the relief requested herein. Accordingly, this action is properly removed.

WHEREFORE, Defendants, and each of them, file this Notice of Removal so that the entire action entitled *Lauren Wolf v. Steven Herd, Graybar Electric Company, Inc. and DOES 1 to 50, inclusive;* Case number 30-2020-01166444-CU-PA-CJC, now pending in the Superior Court of California, Orange County, shall be removed to this Court for all further proceedings.

Dated: November 20, 2020           GOLDBERG SEGALLA LLP

By: /s/ Brian W. Skalsky
BRIAN W. SKALSKY
Attorneys for Defendants STEVEN HERD; and GRAYBAR ELECTRIC COMPANY, INC.

# CERTIFICATE OF SERVICE

On November 20, 2020, I served the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A)** on the interested parties in this action as follows:

| | |
|---|---|
| Steven L Mazza, Esq.<br>Carpenter, Zuckerman & Rowley<br>8827 W. Olympic Blvd.<br>Beverly Hills, CA 90211<br>Tel: (310) 273-1230<br>Fax: (310) 858-1063<br>mazza@czrlaw.com<br>eservice@czrlaw.com | **ATTORNEYS FOR PLAINTIFF LAUREN WOLF** |

[ x ] **BY COURT'S CM/ECF SYSTEM** Pursuant to Fed. R. Civ. P. 5(d)(3) and Local Rule 5-1, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below.

I declare under penalty of perjury under the United States of America and the State of California that the foregoing is true and correct.

/s/ Denise M. Carrillo
Denise M. Carrillo