# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN WOLF, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN HERD, an Individual; GRAYBAR ELECTRIC COMPANY, INC., a Corporation; and DOES 1 to 50, Inclusive,<br><br>　　　　Defendants. | Case No.: 8:20-cv-02222-JLS-JDE<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |
| JAMES REDGRAVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN HERD; GRAYBAR ELECTRIC COMPANY, INC. and DOES 1 through 75, inclusive,<br><br>　　　　Defendants. | |

/ / /

/ / /

## ORDER

Based on the parties' Joint Stipulation (Doc. 26), **IT IS HEREBY ORDERED** that this action is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

**IT IS SO ORDERED.**

DATED: July 24, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE